**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**STEVEN MARSH**                                            **CIV. ACTION NO. 5:22-05338 SEC. P**

**VERSUS**                                                  **JUDGE JERRY EDWARDS, JR.**

**D.W.C.C., ET AL.**                                        **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that the motion for summary judgment [doc. # 62] filed by remaining Defendants, Linda Bunch and Daniel Crook is GRANTED IN PART and DENIED IN PART. To the extent that Defendants move for dismissal of Plaintiff Steven Marsh's claims against them in their individual capacities, arising under the laws and Constitution of the United States, the motion is GRANTED, and these claims are DISMISSED WITH PREJUDICE. The motion for summary judgment [doc. # 62] is otherwise DENIED.

IT IS FURTHER ORDERED that Plaintiff Steven Marsh's federal and state law claims against Defendants, Linda Bunch and Daniel Crook, in their official capacities, be DISMISSED WITHOUT PREJUDICE. Finally,

IT IS FURTHER ORDERED that Plaintiff Steven Marsh's remaining state law claims against Defendants, Linda Bunch and Daniel Crook, in their individual capacities, be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk is instructed to close this case.

THUS DONE AND SIGNED in Chambers this 25th day of March 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE